# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**ANNA BAKER**<br><br>　　　　　　　　**Defendant.** | **8:16CR341**<br><br>**REASSIGNMENT ORDER** |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned to Senior Judge Joseph F. Bataillon for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

Dated this 22nd day of December, 2016

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge